# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORDELL COLLINS

NO. 2021 KW 1072

**NOVEMBER 29, 2021**

---

In Re:     Cordell Collins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-04-0462.

---

**BEFORE:     GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.** The district court's ruling denying the motion to unseal the jury polling record is reversed. This matter is remanded to the district court to determine if the record contains jury polling slips. If the record contains polling slips, the court is ordered to review the sealed jury polling slips and provide copies to relator that reflect the votes with the jurors' names redacted. The original polling slips shall be maintained under seal. See La. Code Crim. P. art. 812; **State v. Charles,** 2021-00466 (La. 6/1/21), 382 So.3d 827 (*per curiam*).

JMG
WRC

**Holdridge, J.,** concurs. If the jury was polled in open court, the district court should provide relator with a copy of the transcript which contains the polling of the jurors.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT